**DISMISS and Opinion Filed February 16, 2023**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-01280-CV**

**COREY SMITH AND ROCHELLE SMITH, Appellants**
**V.**
**SEAN M. WALKER AND MANINA RUTH MATHIS, Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-04011**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

The Court questioned its jurisdiction over this appeal because there did not appear to be a final judgment. Generally, this Court has jurisdiction over final judgments and certain interlocutory orders as permitted by statute. *See Lehmann v. Har–Con Corp.,* 39 S.W.3d 191, 195 (Tex. 2001); *see also* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a). We directed appellants to file a letter brief addressing the Court's concern. Appellant Corey Smith complied.

Appellants appeal from the trial court's November 3, 2023 order addressing appellees' motion for summary judgment. This order merely recites that appellees'

traditional and no-evidence motions for summary judgment "should be GRANTED." To be final, a judgment must actually dispose of the cause with decretal language. *See In re Wilmington Tr., Nat'l Ass'n*, 524 S.W.3d 790, 792 (Tex. App.—Houston [14th Dist.] 2017, orig. proceeding) (concluding that although the order at issue stated that the motions in question *should be* granted, it did not actually dispose of the cause because it did not include the decretal language typically seen in a judgment). "An order that merely grants a motion for judgment is in no sense a judgment itself. It adjudicates nothing." *Naaman v. Grider*, 126 S.W.3d 73, 74 (Tex. 2003) (per curiam). The appealed order here adjudicates nothing. Rather, it merely states that appellees' summary judgment motion *should be granted*.

Although Mr. Smith filed a letter brief, nothing therein demonstrates this Court's jurisdiction over the appeal. Because the appealed order is not a final, appealable judgment, and nothing before us reflects an appealable order or judgment has been signed, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Robert D. Burns, III/

ROBERT D. BURNS, III
CHIEF JUSTICE

221280F.P05

–2–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

COREY SMITH AND ROCHELLE
SMITH, Appellants

No. 05-22-01280-CV     V.

SEAN M. WALKER AND MANINA
RUTH MATHIS, Appellees

On Appeal from the 192nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-04011.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Goldstein
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees SEAN M. WALKER AND MANINA RUTH MATHIS recover their costs of this appeal from appellants COREY SMITH AND ROCHELLE SMITH.

Judgment entered February 16, 2023